

**FILED**
CLERK, U.S. DISTRICT COURT

12/14/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CDO_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>           v.<br><br>DIEGO FRANCISCO NIEBLA<br>   MARTINEZ,<br> aka "Tesoro,"<br><br>           Defendant. | No.  5:23-cr-00256-SSS<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1),<br>(b)(1)(A)(viii): Possession with<br>Intent to Distribute<br>Methamphetamine; 18 U.S.C.<br>§ 922(g)(5)(A): Alien in<br>Possession of Firearms and<br>Ammunition; 21 U.S.C. § 853, 18<br>U.S.C. § 924, 28 U.S.C. § 2461(c):<br>Criminal Forfeiture] |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about November 20, 2020, in Riverside County, within the Central District of California, defendant DIEGO FRANCISCO NIEBLA MARTINEZ, also known as "Tesoro," knowingly and intentionally possessed with intent to distribute at least 50 grams, that is, approximately 8.95 kilograms, of methamphetamine, a Schedule II controlled substance.

COUNT TWO

[18 U.S.C. § 922(g)(5)(A)]

On or about November 20, 2020, in Riverside County, within the Central District of California, and elsewhere, defendant DIEGO FRANCISCO NIEBLA MARTINEZ, also known as "Tesoro," knowingly possessed the following firearms and ammunition, in and affecting interstate and foreign commerce:

(1)   Palmetto State Armory, model G3-10, multi-caliber, semi-automatic rifle, bearing serial number G307866;

(2)   Fabrique Nationale Herstal, model SCAR 17S, 7.62 caliber, semi-automatic rifle, bearing serial number H0C10310;

(3)   Anderson Manufacturing, model AM-15, multi-caliber, semi-automatic rifle, bearing serial number 19258812;

(4)   Anderson Manufacturing, model AM-15, multi-caliber, semi-automatic rifle, bearing serial number 19258045;

(5)   Anderson Manufacturing, model AM-15, multi-caliber, semi-automatic rifle, bearing serial number 19257870;

(6)   Anderson Manufacturing, model AM-15, multi-caliber, semi-automatic rifle, bearing serial number 14104206;

(7)   Anderson Manufacturing, model AM-15, multi-caliber, semi-automatic rifle, bearing serial number 19258388;

(8)   Anderson Manufacturing, model AM-15, multi-caliber, semi-automatic rifle, bearing serial number 19258813;

(9)   Anderson Manufacturing, model AM-15, multi-caliber, semi-automatic rifle, bearing serial number 19258811;

(10)   Anderson Manufacturing, model AM-15, multi-caliber, semi-automatic rifle, bearing serial number 18071826;

2

(11)    Anderson Manufacturing, model AM-15, multi-caliber, semi-automatic rifle, bearing serial number 19257890;

(12)    Anderson Manufacturing, model AM-15, multi-caliber, semi-automatic rifle, bearing serial number 19228247;

(13)    Anderson Manufacturing, model AM-15, multi-caliber, semi-automatic rifle, bearing serial number 19257937;

(14)    Anderson Manufacturing, model AM-15, multi-caliber, semi-automatic rifle, bearing serial number 19258809;

(15)    Anderson Manufacturing, model AM-15, multi-caliber, semi-automatic rifle, bearing serial number 19258387;

(16)    Anderson Manufacturing, model AM-15, multi-caliber, semi-automatic rifle, bearing serial number 19258015;

(17)    Anderson Manufacturing, model AM-15, multi-caliber, semi-automatic rifle, bearing serial number 19258189;

(18)    Anderson Manufacturing, model AM-15, multi-caliber, semi-automatic rifle, bearing serial number 19258048;

(19)    Anderson Manufacturing, model AM-15, multi-caliber, semi-automatic rifle, bearing serial number 19258802;

(20)    Anderson Manufacturing, model AM-15, multi-caliber, semi-automatic rifle, bearing serial number 19258822;

(21)    Anderson Manufacturing, model AM-15, multi-caliber, semi-automatic rifle, bearing serial number 15277358;

(22)    Anderson Manufacturing, model AM-15, multi-caliber, semi-automatic rifle, bearing serial number 19257872;

(23)    Anderson Manufacturing, model AM-15, multi-caliber, semi-automatic rifle, bearing serial number 19257853;

(24)    One hundred rounds of Lake City, .50 caliber ammunition;

3

(25)    Forty rounds of Tulammo, .308 Winchester caliber ammunition; and

(26)    Forty rounds of Wolf Performance Ammunition, 7.62 x 39 caliber ammunition.

Defendant NIEBLA MARTINEZ possessed such firearms and ammunition knowing that he was an alien, illegally and unlawfully in the United States.

FORFEITURE ALLEGATION ONE

[21 U.S.C. § 853; 28 U.S.C. § 2461(c)]

1.  Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c), in the event of defendant's conviction of the offense set forth in Count One of the Indictment.

2.  Defendant, if so convicted, shall forfeit to the United States of America the following:

(a)  All right, title and interest in any and all property, real or personal, constituting or derived from, any proceeds which the defendant obtained, directly or indirectly, from such offense;

(b)  All right, title and interest in any and all property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense;

(c)  All right, title, and interest in any firearm or ammunition involved in or used in such offense; and

(d)  To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a), (b), and (c).

3.  Pursuant to Title 21, United States Code, Section 853(p), and as incorporated by Title 28, United States Code, Section 2461(c), defendant, if so convicted, shall forfeit substitute property if, by any act or omission of defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold

5

to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

FORFEITURE ALLEGATION TWO

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1.   Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of defendant's conviction of the offense set forth in Count Two of this Indictment.

2.   Defendant, if so convicted, shall forfeit to the United States of America the following:

(a)  All right, title, and interest in any firearm or ammunition involved in or used in such offense; and

(b)  To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.   Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

//
//
//
//

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

/s/
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

J. MARK CHILDS
Assistant United States Attorney
Chief, International Narcotics,
Money Laundering, and
Racketeering Section

CHRISTOPHER C. KENDALL
Assistant United States Attorney
Deputy Chief, International
Narcotics, Money Laundering, and
Racketeering Section

BENEDETTO L. BALDING
Assistant United States Attorney
Deputy Chief, International
Narcotics, Money Laundering, and
Racketeering Section

JEHAN M. PERNAS
Assistant United States Attorney
International Narcotics, Money
Laundering, and Racketeering
Section